UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHENWEI LU,<br><br>                              Petitioner,<br><br>v.<br><br>PATRICK DIVVER; KRISTI NOEM; DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI; EXECUTIVE OFFICE OF IMMIGRATION REVIEW: and WARDEN OF OTAY MESA DETENTION CENTER,<br><br>                              Respondents. | Case No.: 26-cv-781-JES-DEB<br><br>**ORDER:**<br><br>**(1) REQUIRING A RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS;**<br><br>**(2) SETTING BRIEFING SCHEDULE; AND**<br><br>**(3) STAYING REMOVAL OF PETITIONER TO PRESERVE JURISDICTION** |

Before the Court is Petitioner Zhenwei Lu's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Respondents are hereby **ORDERED TO SHOW CAUSE** as to why the Petition should not be granted by filing a written Response by **February 12, 2026**. Petitioner **MAY FILE** an optional Traverse in support of the Petition by **February 13, 2026**.

To preserve the Court's jurisdiction pending a ruling in this matter, Petitioner shall not be removed from the United States or this District unless and until the Court orders

otherwise. *See Doe v. Bondi*, Case. No. 25-cv-805-BJC-JLB, 2025 WL 1870979 at *2 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether it has subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (citing cases); *A.M. v. LaRose et al.*, 25-cv-01412, ECF No. 2 (S.D. Cal. June 4, 2025) ("Pursuant to Petitioner's request for a Temporary restraining order, the Court hereby (1) RESTRAINS and ENJOINS Respondents, their agents, employees, successors, attorneys, and all persons in active concert and participation with them, from removing Petitioner A.M. from the United States or this District pending further order of this Court"); *see also A.A.R.P v. Trump*, 605 U.S. 91, 97 (2025) (finding that federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicant and to preserve [] jurisdiction over the matter."); *Nguyen v. Scott*, No. 2:25-CV-01398, 2025 WL 2097979, at *3 (W.D. Wash. July 25, 2025) (enjoining the Respondents from removing Petitioner without approval from the court).

   **IT IS SO ORDERED.**

Dated: February 9, 2026

_____
Honorable James E. Simmons Jr.
United States District Judge